IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas E. Betters, ) | No. CV 06-0538 PHX NVW (DKD) |
| Petitioner, ) | **ORDER** |
| v. ) | |
| McWilliams, Warden; Attorney General of ) the State of Arizona, ) | |
| Respondents. ) | |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge David K. Duncan (doc. # 13) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. # 1). The R&R recommends that the Petition be denied and dismissed with prejudice as untimely filed. (R&R at 2-3). The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. (*Id.* at 3 (citing 28 U.S.C. § 636(b)).

The parties did not file objections, which relieves the court of its obligation to review any of the magistrate judge's determinations in the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The court has nonetheless reviewed the R&R and finds that it is well taken because the Petition was untimely filed. The court will accept the R&R and dismiss the Petition. *See* 28 U.S.C. §

1  636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part,
2  the findings or recommendations made by the magistrate").

3   **IT IS THEREFORE ORDERED** that Report and Recommendation of Magistrate
4  Judge Duncan (doc. # 13) is accepted.

5   **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus
6  pursuant to 28 U.S.C. § 2254 (doc. # 1) is denied and dismissed with prejudice.  The clerk
7  shall terminate this case.

8   DATED this 27th day of September 2006.

 Neil V. Wake
 United States District Judge